NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INGURAN, LLC, DBA STGENETICS, CYTONOME/ST, LLC, XY, LLC,**
*Plaintiffs-Appellees*

**v.**

**ABS GLOBAL, INC., GENUS PLC,**
*Defendants-Appellants*

**PREMIUM GENETICS (UK) LTD.,**
*Defendant*

---

2022-2098

---

Appeal from the United States District Court for the Western District of Wisconsin in Nos. 3:14-cv-00503-wmc, 3:17-cv-00446-wmc, Judge William M. Conley.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

The parties jointly move to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

2                                                    INGURAN, LLC v. ABS GLOBAL, INC.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

January 17, 2024
Date

**ISSUED AS A MANDATE**: January 17, 2024